*Solicitor General Stern, Acting Assistant Attorney General Slack, Lee A. Jackson* and *Joseph F. Goetten* for respondent.

No. 261. BARNETT *v.* JENKINS. St. Louis Court of Appeals of Missouri. Certiorari denied. Petitioner *pro se. Milton F. Napier* for respondent.

No. 263. HARDENBERGH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Leland W. Scott* for petitioners. *Acting Solicitor General Stern, Acting Assistant Attorney General Slack* and *L. W. Post* for respondent.

No. 265. COAST *v.* HUNT OIL CO. ET AL. C. A. 5th Cir. Certiorari denied. *William H. Bronson* for petitioner. *David T. Searls* and *J. D. Head* for the Hunt Oil Co., and *Calvin A. Brown, C. F. Currier, Leon O'Quin* and *Arthur O'Quin* for the Ohio Oil Co., respondents.

No. 268. DuPONT *v.* DuPONT. Supreme Court of Delaware. Certiorari denied. *Arthur G. Logan* for petitioner. *James R. Morford* for respondent.

No. 269. CITY OF LOS ANGELES ET AL. *v.* HOUSING AUTHORITY OF THE CITY OF LOS ANGELES. Supreme Court of California. Certiorari denied. *Ray L. Chesebro, William H. Neal, Bourke Jones* and *Charles S. Rhyne* for petitioners. *Joseph P. Loeb* and *Leonard S. Janofsky* for respondent.